# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMERICAN HOME ASSURANCE COMPANY, *et al.*,

    Plaintiffs,

vs.

PERINI BUILDING COMPANY,

    Defendant.

Case No.  2:11-cv-01218-KJD-CWH

**ORDER**

    This matter is before the Court on Defendant Perini Building Company's Emergency Motion for Protective Order to Stay Discovery (#42), filed December 22, 2011; Plaintiffs' Opposition (#44), filed January 5, 2012; and Defendant's Reply (#46), filed January 17, 2012.  The Court conducted a hearing on this matter on January 25, 2012.  Subsequent to the hearing, Judge Dawson, the assigned District Judge in this case, entered an order granting Defendant's Emergency Motion to Abstain.  *See* Order (#25).  Consequently, the Court has retained jurisdiction and stayed all further proceedings until the underlying state court action is resolved.  *Id*.  As a result, Defendant's motion to stay discovery (#42) is now moot.  The Court further notes that as a result of granting the motion to abstain, Plaintiffs' Motion to Strike (#27) is also moot.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendant Perini Building Company's Emergency Motion for Protective Order to Stay Discovery (#42) is **denied as moot**.

    **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Strike (#27) is **denied as moot**.

    DATED this 7th day of February, 2012.

                                                                        **C.W. Hoffman, Jr.**
                                                                      **United States Magistrate Judge**